**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KAREN CAITO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-1727 SRW |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

On May 20, 2022, Plaintiff Karen Caito filed an Application for Award of Attorney's

Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 30. In

the motion, Plaintiff requests she be awarded $5,720.34 for fees, representing a total of 26.1

hours of attorney work at the hourly rate of $219.17. On May 31, 2022, the Commissioner filed a

response indicating, "After discussions with Plaintiff's counsel, Plaintiff and Defendant have

agreed to an award of EAJA fees and expenses in the amount of $5,671.45." ECF No. 32. No

reply has been filed.

The Court has an independent duty to review the reasonableness of an EAJA award. *See*

28 U.S.C. § 2412(d)(2)(A) (requiring the Court to find that attorney's fees in excess of $125.00

per hour are justified by an increase in the cost of living or a special factor such as the limited

availability of qualified attorneys). Because Plaintiff has not filed a reply to the Commissioner's

assertion of a lower award, the Court will direct her to file a statement as to whether she does, in

fact, consent to the reduced amount and include a revised calculation of fees.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a reply on or before June 29, 2022.

The reply should indicate whether Plaintiff consents to the reduced amount and include a revised

calculation of fees.

So Ordered this 21st day of June, 2022.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE